# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| CRAIG SMITH, CDCR #T-09268, | CASE NO. 07 CV 2105 JM (LSP) |
|---|---|
| Plaintiff, | **ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILING TO PAY FILING FEES PURSUANT TO 28 U.S.C. § 1914(a) AND/OR MOVE TO PROCEED *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. § 1915(a)** |
| vs. | |
| DAN LINK, et al., | |
| Defendants. | |

Craig Smith ("Plaintiff"), a state inmate currently incarcerated at the Richard J. Donovan Correctional Facility, and proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

**I.    Failure to Pay Filing Fee or Request IFP Status**

Effective April 9, 2006, all parties instituting any civil action, suit or proceeding in a district court of the United States, other than a writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay only if the party is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

Here, Plaintiff has neither prepaid the $350 filing fee required to commence this action, nor has he submitted a Motion to Proceed IFP. Therefore, this action is subject to immediate dismissal

1  pursuant to 28 U.S.C. § 1914(a).

2  **II.    Conclusion and Order**

3      For the reasons set forth above, the Court hereby:

4      (1)    **DISMISSES** this action sua sponte without prejudice for failing to pay the $350 filing
5  fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

6      (2)    **GRANTS** Plaintiff thirty (30) days leave from the date this Order is "Filed" to:
7  (a) prepay the entire $350 civil filing fee in full; *or* (b) complete and file a Motion to proceed IFP
8  which includes a certified copy of his trust account statement for the 6-month period preceding the
9  filing of his Complaint pursuant to 28 U.S.C. § 1915(a)(2).

10      **IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with the
11  Court's approved form "Motion and Declaration in Support of Motion to Proceed *In Forma*
12  *Pauperis*." If Plaintiff fails to either prepay the $350 civil filing fee or complete and submit the
13  attached Motion to Proceed IFP within that time, this action shall remain dismissed without prejudice
14  and without further Order of the Court.

15      **IT IS SO ORDERED.**

17  DATED: December 26, 2007

18                              _____
                                Hon. Jeffrey T. Miller
19                              United States District Judge

22  cc:      All parties