CRAIG SMITH
PLAINTIFF/PETITIONER/MOVANT'S NAME

T09268
PRISON NUMBER

RICHARD J. DONOVAN CORRECTIONAL FACILITY
PLACE OF CONFINEMENT

P.O. BOX 799005, SAN DIEGO, CA. 92179
ADDRESS

**FILED**
JAN - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

CRAIG SMITH,
Plaintiff/Petitioner/Movant

v.

DAN LINK, NICHOLAS GONZALEZ,
HON. ALBERT HARUTUNIAN III, CITY, COUNTY
OF SAN DIEGO
Defendant/Respondent

Civil No. 07 CV 2105 JM (LSP)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED **IN FORMA PAUPERIS**

I, CRAIG SMITH, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration RICHARD J. DONOVAN CORRECTIONAL FACILITY
   Are you employed at the institution?              ☒ Yes ☐ No
   Do you receive any payment from the institution?  ☒ Yes ☐ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed?  ☒ Yes  ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. AFTER RESTITUTION FINE $5.40 PER MONTH

   RICHARD J. DONOVAN CORRECTIONAL FACILITY, 480 ALTA ROAD, SAN DIEGO, CA. 92179

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment      ☐ Yes  ☒ No
   b. Rent payments, royalties interest or dividends      ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance              ☐ Yes  ☒ No
   d. Disability or workers compensation                 ☐ Yes  ☒ No
   e. Social Security, disability or other welfare       ☐ Yes  ☒ No
   e. Gifts or inheritances                              ☐ Yes  ☒ No
   f. Spousal or child support                           ☐ Yes  ☒ No
   g. Any other sources                                  ☒ Yes  ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. "(4-17, $36.00, BROTHER)" "(5-24, $27.00, FRIEND)", "(6-13, $27.00, AUNT)", "(8-15 $18.00, FRIEND)", "(9-12, $45.00, BROTHER)" NOTHING EXPECTED MONTHLY, I JUST ASK IF THEY COULD SPARE ANYTHING

4. Do you have any checking account(s)?  ☐ Yes  ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?  ☐ Yes  ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle?  ☐ Yes  ☒ No
   a. Make: _____  Year: _____  Model: _____
   b. Is it financed? ☐ Yes  ☐ No
   c. If so, what is the amount owed? _____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. __NA_____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _____
   RESTITUTION FINE 55% OF ANY DEPOSIT INTO MY TRUST ACCOUNT

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): __NONE_____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. __NA__

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

__12-31-2007__                        __[signature]__
   DATE                                SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Smith, Craig__,
(NAME OF INMATE)

__CDC# T09268__,
(INMATE'S CDC NUMBER)

has the sum of $ __.21__ on account to his/her credit at __Richard J. Donovan Correctional Facility__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __N/A__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __30.31__,

and the *average monthly deposits* to the applicant's account was $ __30.31__.

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

__10-15-2007__
DATE

__C. Rodriguez__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__C. Rodriguez__
OFFICER'S FULL NAME (PRINTED)

__Account Clerk II__
OFFICER'S TITLE/RANK

I, __CRAIG SMITH__, __T09268__, __5-21-18 L__
   Name:                       CDC #:          Housing Unit

am seeking to bring a civil action or appeal a judgment in __U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CA.__ without prepayment of fees
Title of the Court: (i.e. U. S. District Court)
(In Forma Pauperis) pursuant to 28 U.S.C. 1915(a)(2).

Enter the caption for the legal action:

__CRAIG SMITH__ v. __COUNTY OF SAN DIEGO__
Plaintiff:                                    Defendant:

Address of the Court:   __CITY OF SAN DIEGO__
                              __D.A. DAN LINK__
                              __JUDGE ALBERT HARTUNIAN__

In order to proceed, a certified copy of my Trust Fund Account must be submitted to the court of jurisdiction. I understand that CDC regulations and the court require that the certified copy be submitted directly to the Court from the Institution's Accounting office. I request a statment be sent to the court.

_____
Inmate Signature

This form must be submitted to the Central Librarian who will log the request in and forward the form to the Accounting office at the institution for processing.

The Inmate Request For Certified Statement Of Trust Account was received in the Central Library on, __10-10-07__,
                                                      Date:
by _____
Name of Librarian who logged request

A Certified Statement Of Trust Account for a six month period from __02-01-2007__ through __10-15-2007__ for the above
      Date:                     Date:
identified inmate was processed through the Accounting Office at the Richard J. Donovan Correctional Facility
on, __10-15-2007__, by __C. Rodriguez__
    Date:                Name of person processing

I, __C. Rodriguez__ declare that on, __10-15-2007__, I
   Name of person processing                 Date:
deposited the Certified Statement of Trust Account in the United States Postal Service addressed as follows.

Signed: _____
        Signature of employee mailing statement

```
REPORT ID: TS3030  .701                           REPORT DATE: 10/15/07
                                                  PAGE NO:         1
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                   R.J.DONOVAN CORR. FACILITY
                  INMATE TRUST ACCOUNTING SYSTEM
                  INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: FEB. 01, 2007 THRU OCT. 15, 2007

ACCOUNT NUMBER : T09268          BED/CELL NUMBER: B21 00000000118L
ACCOUNT NAME   : SMITH, CRAIG    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                         TRUST ACCOUNT ACTIVITY

     TRAN
DATE  CODE DESCRIPTION   COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----- ---- ------------- ---------- ---------- --------  -----------  -------

02/01/2007    BEGINNING BALANCE                                         35.14

02/01 W515 COPY CHARGE   3163/JAN07                         1.55        33.59
02/01 W536 COPAY CHARGE  3166/JAN07                         5.00        28.59
02/01 W536 COPAY CHARGE  3166/JAN07                         5.00        23.59
02/01 W502 POSTAGE CHARG 3193/JAN07                         0.39        23.20
02/01 W502 POSTAGE CHARG 3193/JAN07                         0.40        22.80
02/06 W502 POSTAGE CHARG 3275/FEB07                         0.39        22.41
02/21 FC03 DRAW-FAC 3    3460/F33RD                        22.00         0.41
03/21 FR01 CANTEEN RETUR 603917                            22.00-       22.41
03/21 FC02 DRAW-FAC 2    3907F23RD                         20.00         2.41
04/09 W515 COPY CHARGE   4205/APR07                         0.10         2.31
04/11 W515 COPY CHARGE   4237/APR07                         0.30         2.01
04/17*DD30 CASH DEPOSIT  4329/POBOX            36.00                    38.01
04/17 FC05 DRAW-FAC 5    4337/F53RD                        30.00         8.01
06/24 W516 LEGAL COPY CH 4435/APR07                         4.80         3.21
04/24 W515 COPY CHARGE   4450/APR07                         0.10         3.11
04/24 W515 COPY CHARGE   4450/APR07                         0.50         2.61
04/24 W515 COPY CHARGE   4450/APR07                         0.30         2.31
04/24 W515 COPY CHARGE   4450/APR07                         0.30         2.01
05/04*VD54 INMATE PAYROL 4624/APR07             3.07                     5.08
05/09 W515 COPY CHARGE   4705/MAY07                         1.40         3.68
05/09 W515 COPY CHARGE   4705/MAY07                         1.70         1.98
05/24*DD30 CASH DEPOSIT  4995/POBOX            27.00                    28.98
05/30 W512 LEGAL POSTAGE 5076/MAY07                         4.60        24.38
05/30 W515 COPY CHARGE   5081/FEB07                         1.95        22.43
05/30 W515 COPY CHARGE   5081/MAY07                         0.30        22.13
05/30 W515 COPY CHARGE   5081/MAY07                         1.00        21.13
05/30 W515 COPY CHARGE   5081/APR07                         0.30        20.83
05/30 W515 COPY CHARGE   5081/MAY07                         0.50        20.33
05/30 W515 COPY CHARGE   5081/APR07                         2.20        18.13
05/30 W515 COPY CHARGE   5081/APR07                         5.70        12.43
05/31 W516 LEGAL COPY CH 5122/MAY07                         1.00        11.43
06/05*VD54 INMATE PAYROL 5191/MAY07             1.35                    12.78
06/05*VD54 INMATE PAYROL 5195/MAY07             3.07                    15.85
06/07 W516 LEGAL COPY CH 5256/MAY07                        14.00         1.85
06/07 W515 COPY CHARGE   5265/JUN07                         1.80         0.05
06/13*DD30 CASH DEPOSIT  5359/POBOX            27.00                    27.05
06/14 W515 COPY CHARGE   5392/JUN07                         0.40        26.65
06/14 W515 COPY CHARGE   5392/JUN07                         0.60        26.05
06/14 W515 COPY CHARGE   5392/JUN07                         0.30        25.75
06/14 W515 COPY CHARGE   5392/JUN07                         0.70        25.05
06/14 W515 COPY CHARGE   5392/JUN07                         0.20        24.85
```

```
REPORT ID: TS3030 .701                                REPORT DATE: 10/15/07
                                                      PAGE NO:        2

                         R.J.DONOVAN CORR. FACILITY
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: FEB. 01, 2007 THRU OCT. 15, 2007

ACCT: T09268       ACCT NAME: SMITH, CRAIG           ACCT TYPE: I
      TRAN
DATE  CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----------------------------------------------------------------------
06/22 W515  COPY CHARGE    5533/JUN07                         1.00       23.45
06/22 W515  COPY CHARGE    5533/JUN07                         1.10       22.35
06/22 W515  COPY CHARGE    5533/JUN07                         0.40       21.95
06/27 W515  COPY CHARGE    5585/JUN07                         0.20       21.75
07/02 W516  LEGAL COPY CH  0004/JUN07                         1.10       20.65
07/06*VD54  INMATE PAYROL  0070/JUN07            5.40                    26.05
07/10 W515  COPY CHARGE    0107/JUL07                         0.20       25.85
07/10 W515  COPY CHARGE    0107/JUL07                         0.40       25.45
07/10 W515  COPY CHARGE    0107/JUL07                         0.40       25.05
07/10 W515  COPY CHARGE    0107/JUN07                         0.50       24.55
07/10 W515  COPY CHARGE    0107/JUN07                         0.30       24.25
07/10 W515  COPY CHARGE    0107/JUN07                         0.60       23.65
07/10 FC05  DRAW-FAC 5     0115/F51ST                        23.00        0.65
07/16 W515  COPY CHARGE    0222/JUL07                         0.30        0.35
08/06*VD54  INMATE PAYROL  0602/JUL07            5.40                     5.75
08/08 W501  SHIPPING CHAR  0663/UPS                           3.58        2.17
08/09 W515  COPY CHARGE    0702/JUL07                         0.50        1.67
08/09 W515  COPY CHARGE    0702/JUL07                         0.80        0.87
08/15*DD30  CASH DEPOSIT   0800/POBOX           18.00                    18.87
08/21 FC05  DRAW-FAC 5     0913/F53RD                        18.00        0.87
09/06*VD54  INMATE PAYROL  1226/AUG07            5.40                     6.27
09/11 W515  COPY CHARGE    1314/AUG07                         0.30        5.97
09/11 W515  COPY CHARGE    1314/AUG07                         1.20        4.77
09/11 W515  COPY CHARGE    1314/AUG07                         1.00        3.77
09/11 W515  COPY CHARGE    1314/AUG07                         0.10        3.67
09/12*DD30  CASH DEPOSIT   1328/POBOX           45.00                    48.67
09/13 W536  COPAY CHARGE   1354SEPT07                         5.00       43.67
09/18*FC05  DRAW-FAC 5     1469/F53RD                        36.00        7.67
09/19*W515  COPY CHARGE    1501/SEP07                         1.50        6.17
09/19 W515  COPY CHARGE    1501/SEP07                         1.40        4.77
09/20 W515  COPY CHARGE    1514/SEP07                         0.50        4.27
09/20 W515  COPY CHARGE    1514/SEP07                         0.50        3.77
09/20 W515  COPY CHARGE    1527/COPY                          0.40        3.37
09/21 W515  COPY CHARGE    1572/JUL07                         0.40        2.97
09/21 W515  COPY CHARGE    1572/AUG07                         0.50        2.47
09/21 W515  COPY CHARGE    1572/AUG07                         0.70        1.77
09/21 W515  COPY CHARGE    1572/JUL07                         0.30        1.47
09/21 W515  COPY CHARGE    1572/JUL07                         0.90        0.57
10/02 W515  COPY CHARGE    1715/SEP07                         0.30        0.27
10/02 W515  COPY CHARGE    1715/SEP07                         0.20        0.07
10/04*VD54  INMATE PAYROL  1778SEPT07            5.22                     5.29
10/09 W515  COPY CHARGE    1838/JUL07                         1.20        4.09
10/09 W515  COPY CHARGE    1838/SEP07                         0.20        3.89
10/09 W515  COPY CHARGE    1838/SEP07                         0.60        3.29
10/12 W502  POSTAGE CHARG  1918/SEP07                         1.08        2.21
10/15 W515  COPY CHARGE    1944/OCT07                         0.50        1.71
10/15 W515  COPY CHARGE    1944/OCT07                         0.50        1.21
10/15 W515  COPY CHARGE    1944/OCT07                         0.50        0.71
10/15 W515  COPY CHARGE    1944/OCT07                         0.50        0.21
```

```
REPORT ID: TS3030  .701                        REPORT DATE: 10/15/07
                                                     PAGE NO:      3
```

## R.J. DONOVAN CORR. FACILITY
## INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB. 01, 2007 THRU OCT. 15, 2007

ACCT: T09268       ACCT NAME: SMITH, CRAIG           ACCT TYPE: I

### * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/30/06                 CASE NUMBER: SCD195342
COUNTY CODE: SD                          FINE AMOUNT: $   800.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 02/01/2007 | | BEGINNING BALANCE | | 800.00 |
| 04/17/07 | DR30 | REST DED-CASH DEPOSIT | 40.00- | 760.00 |
| 05/04/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 3.41- | 756.59 |
| 05/24/07 | DR30 | REST DED-CASH DEPOSIT | 30.00- | 726.59 |
| 06/05/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 1.50- | 725.09 |
| 06/05/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 3.41- | 721.68 |
| 06/13/07 | DR30 | REST DED-CASH DEPOSIT | 30.00- | 691.68 |
| 07/06/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 6.00- | 685.68 |
| 08/06/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 6.00- | 679.68 |
| 08/15/07 | DR30 | REST DED-CASH DEPOSIT | 20.00- | 659.68 |
| 09/06/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 6.00- | 653.68 |
| 09/12/07 | DR30 | REST DED-CASH DEPOSIT | 50.00- | 603.68 |
| 10/04/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 5.80- | 597.88 |

```
* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

### TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 35.14 | 181.91 | 216.84 | 0.21 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
------------
0.21

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 10-15-2007
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

Pg 1 of 30