# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Craig Smith

　　　　　　　　　V.

Dan Link, et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 07cv2105-JM(LSP)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Plaintiff's Complaint is dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff's Motion to Proceed In Forma Pauperis is denied as moot.......................................
..................................................................................................................................

| January 16, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |

ENTERED ON January 16, 2008