NUNC PRO TUNC
JAN 30 2008

FILED
08 FEB 12 PM 3:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

1  MICHAEL J. AGUIRRE, City Attorney
   KATHRYN A. SNYDER, Deputy City Attorney
2  California State Bar No. 84722
      Office of the City Attorney
3     1200 Third Avenue, Suite 1100
      San Diego, California 92101-4100
4     Telephone: (619) 533-5800
      Facsimile:  (619) 533-5856
5
   Attorneys for Defendants
6  City of San Diego, Officer Daniel Higdon,
   Officer Marco Perez
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 CRAIG SMITH,                    )  Case No. 07-cv-2105 JM-LSP
                                   )
11             Plaintiff,          )
                                   )
12       v.                        )
                                   )  NOTICE OF CHANGE OF ATTORNEY
13 DAN LINK, NICHOLAS GONZALEZ,    )  WITHIN THE OFFICE OF THE CITY
   JUDGE – ALBERT HARUTUNIAN III,  )  ATTORNEY
14 CITY OF SAN DIEGO,              )
   COUNTY OF SAN DIEGO,            )
15             Defendants.         )
                                   )
16

17     **PLEASE TAKE NOTICE** that effective immediately, Deputy City Attorney Kathryn A.

18 Snyder SBN 84722, of the Civil Division of the City Attorney's Office located at 1200 Third

19 Avenue, Suite 1100, San Diego, California, 92101, (619) 533-5800, is hereafter the Deputy City

20 Attorney assigned to the above-entitled litigation in place of and instead of *Michael J. Herrin*,

21 Deputy City Attorney for Defendant City of San Diego.

22
   Dated: January 29, 2008            MICHAEL J. AGUIRRE, City Attorney
23

24                                    By _____
25                                       KATHRYN A. SNYDER
                                         Deputy City Attorney
26
                                      Attorneys for Defendant
27                                    City of San Diego

28                                    1
                        NOTICE OF CHANGE OF ATTORNEY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG SMITH,<br><br>       Plaintiff,<br><br>v.<br><br>DAN LINK, NICHOLAS GONZALEZ,<br>JUDGE – ALBERT HARUTUNIAN III,<br>CITY OF SAN DIEGO,<br>COUNTY OF SAN DIEGO,<br>       Defendants. | Case No.: 07-cv-2105 JM-LSP<br><br>DECLARATION OF SERVICE |

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I AM OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THIS ACTION; AND THAT I SERVED THE INDIVIDUALS ON THE SERVICE LIST ATTACHED HERETO THE FOLLOWING DOCUMENTS: **NOTICE OF CHANGE OF ATTORNEY WITHIN THE OFFICE OF THE CITY ATTORNEY;** IN THE FOLLOWING MANNER: (CHECK ONE)

1) ___ By personally serving the individual named by personally delivering the copies to the offices of the addressee.

      Time of delivery: _____ a.m./p.m.

2) ___ By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing copies (first class mail, postage prepaid) to the person served at the place where the copies were left.

3) ___ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing copies (first class mail, postage prepaid) to the person served at the place where the copies were left.

4) **XX** By placing a copy in a sealed envelope and placing it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practices.

Executed: January 29, 2008, at San Diego, California.

                                                       HELEN METTEER

**SERVICE LIST:**

James E. Dunn
Attorney at Law
550 West C Street, Suite 1960
San Diego, CA 92101

2

07-cv-0889 WQH (RBB)